## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL No. 11-2249 (DWF/SER) |
| This Document Relates to:<br><br>DriverTech, LLC,<br><br>            Plaintiff,<br><br>v.      Civil No. 11-936 (DWF/SER)<br><br>PJC Logistics, LLC,<br><br>            Defendant. | **ORDER FOR DISMISSAL WITH PREJUDICE** |

John Harper, III, Esq., and Kristy A. Saum, Esq., Messerli & Kramer P.A.; Philip D. Dracht, Esq., and Scott M. Petersen, Esq., Fabian & Clendenin, PC, counsel for Plaintiff.

Based upon the Notice of Voluntary Dismissal filed by the Plaintiff on October 31, 2011, (Doc. No. [7]),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and on the merits, without costs or disbursements to any party.

Dated: December 1, 2011            s/Donovan W. Frank
                                        DONOVAN W. FRANK
                                        United States District Judge