UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL No. 11-2249 (DWF/SER) |
| | **NOTICE OF APPEARANCE** |
| This Document Relates to All Actions | |

The undersigned attorney hereby notifies the Court and counsel that Connie E. Merriett shall appear as counsel of record for Plaintiff, PJC Logistics, LLC in this case.

Dated:  December 16, 2011

*/s/ Steven R. Daniels*
Steven R. Daniels
(Admitted *Pro Hac Vice*)
Connie E. Merriett
(Admitted *Pro Hac Vice*)
Farney Daniels LLP
800 S. Austin Ave., Suite 200
Georgetown, TX  78626
Telephone: (512) 582-2828
Facsimile: (512) 582-2829
sdaniels@farneydaniels.com
cmerriett@farneydaniels.com

Alan M. Anderson (149500)
Alan Anderson Law Firm LLC
Suite 1260 The Colonnade
5500 Wayzata Blvd.
Minneapolis, MN 55416
Tel: 612-756-7000
Fax: 612-756-7050
aanderson@anderson-lawfirm.com

*Attorneys for Plaintiff*
*PJC Logistics, LLC*