Alan D Albright
Fish & Richardson, PC
111 Congress Ave Ste 810
Austin, TX 78701


SCANNED
DEC 2 0 2011
U.S. DISTRICT COURT MPLS

# U.S. District Court

## District of Minnesota

### Notice of Electronic Filing

The following transaction was entered on 12/5/2011 at 3:58 PM CST and filed on 12/5/2011
**Case Name:** In re: Vehicle Tracking and Security System ('844) Patent Litigation
**Case Number:** 0:11-md-02249-DWF-SER
**Filer:**
**Document Number:** 9

**Docket Text:**
**ORDER. In preparation for the Pretrial Conference scheduled for December 15, 2011, the parties are directed to meet and confer and, no later than December 9, 2011, submit a joint proposed agenda for the Pretrial Conference. The Court will consider the parties' joint proposed agenda and amend or supplement that agenda as necessary. Signed by Judge Donovan W. Frank on 12/5/2011. (BJS)**


**0:11-md-02249-DWF-SER Notice has been electronically mailed to:**

Aaron A Myers     aaron.myers@btlaw.com, landerson@btlaw.com

Ahmed Jamal Davis     adavis@fr.com

Alan M Anderson     aanderson@anderson-lawfirm.com, jerickson@anderson-lawfirm.com

Alexander C Johnson , Jr     alex.johnson@techlaw.com, litigationdocketing@techlaw.com

Barry L. Haley     blh@mhdpatents.com

Bradley M. Ganz     mail@ganzlaw.com

Brantley C. Shumaker     bshumaker@schwabe.com

Brian M. Rostocki     brostocki@reedsmith.com

Brian R Gilchrist     bgilchrist@addmg.com, clerk@addmg.com, mcartee@addmg.com, shotz@addmg.com

Craig B Florence     cflorence@gardere.com

Dabney Jefferson Carr , IV     dabney.carr@troutmansanders.com

Daniel A. Crowe     dacrowe@bryancave.com, kahonold@bryancave.com

Daniel A. Griffith     dgriffith@wtplaw.com

David A Gerasimow     gerasimow@fr.com

David Barnett Weinstein　weinsteind@gtlaw.com

David Michael Morris　dmorris@morganlewis.com

David S. Kahn　david.kahn@wilsonelser.com

Douglas J Williams　doug.williams@btlaw.com, hjohnson@btlaw.com

Eric Franklin Long　eflong@tribler.com

Eugene LeDonne　eledonne@flhlaw.com, ccristallo@flhlaw.com

Evan R Chesler　echesler@cravath.com

Felicia J Boyd　felicia.boyd@btlaw.com, hjohnson@btlaw.com

Gavin James OKeefe　gokeefe@gbclaw.net

Harris Dewey Butler , III　hbutler@butlerwilliams.com

Harry Lee Gillam , Jr　gil@gillamsmithlaw.com

James E Canning　jcanning@cravath.com

James Gilbert Keys , III　jgk@mhdpatents.com

James Robert Arnett , II　barnett@munckcarter.com

John Harper , III　jharper@messerlikramer.com, kmagney@messerlikramer.com

John S Torkelson　jtorkelson@munckcarter.com

Jonathan Paul Froemel　jfroemel@btlaw.com

Joseph F Cleveland , Jr　jcleveland@belaw.com

Joy Reopelle Anderson　joy.anderson@gpmlaw.com, amy.milbradt@gpmlaw.com

Justin H Perl　justin.perl@maslon.com, amy.knott@maslon.com

Justin R. Gaudio　jgaudio@gbclaw.net

Kathryn J Bergstrom　kathryn.bergstrom@gpmlaw.com, claudia.neal@gpmlaw.com

Keith R Hummel　khummel@cravath.com

Kelly J Kubasta　kelly.kubasta@kk-llp.com

Kirby Blair Drake　kirby.drake@kk-llp.com

Kristy A Saum    ksaum@messerlikramer.com, tleupke@messerlikramer.com

Kurt Brendan Drain    kbdrain@tribler.com

L. Joe Coppedge    jcoppedge@sheacarlyon.com

Lawrence S Fischman    lfischman@gpm-law.com

Lloyd L. Pollard    mail@ganzlaw.com

Mark A Hagedorn    mhagedorn@btlaw.com

Martha Logan Decker    md@hkw-law.com, lm@hkw-law.com

Mathias W Samuel    samuel@fr.com, sansovich@fr.com

Megan K Dredla    mdredla@gleboff-law.com

Melissa Richards Smith    melissa@gillamsmithlaw.com

Michael A McCabe    mmccabe@munckcarter.com

Michael E Florey    florey@fr.com, riebe@fr.com, scholz@fr.com

Niall A MacLeod    niall.macleod@btlaw.com, linda.peterson@btlaw.com, trudy.paulson@btlaw.com

Nick E. Williamson    nick.williamson@bryancave.com, dorian.johnson@bryancave.com

Otis W. Carroll    fedserv@icklaw.com

Patrick G Burns    docket@gbclaw.net, pburns@gbclaw.net

Paul M Rosenblatt    prosenblatt@kilpatricktownsend.com

Peter E. Heuser    pheuser@schwabe.com

Philip D Dracht    pdracht@fabianlaw.com

R Mark Dietz    rmdietz@lawdietz.com

Rebecca H. Royals    rroyals@butlerwilliams.com

Richard Charles Weinblatt    weinblatt@swdelaw.com

Sam V Desai    sdesai@flhlaw.com

Scott M Petersen    spetersen@fabianlaw.com, djames@fabianlaw.com

Sean Christian Platt    christianplatt@paulhastings.com

Stamatios Stamoulis    stamoulis@swdelaw.com

Stephen G Gleboff    sgleboff@gleboff-law.com

Steven G Hill    sgh@hkw-law.com, lm@hkw-law.com

Steven R Daniels    sdaniels@farneydaniels.com, kterry@farneydaniels.com, mtibbit@farneydaniels.com

Terrell R Miller    tmiller@gardere.com

Thomas C. Grimm    tcgefiling@mnat.com

Wesley Hill    fedserv@icklaw.com

Zach T Mayer    zmayer@krcl.com

**0:11-md-02249-DWF-SER Notice has been delivered by other means to:**

Alan D Albright
Fish & Richardson, PC
111 Congress Ave Ste 810
Austin, TX 78701

J Lee Jarrard , Jr
Dietz & Jarrard PC
106 Fannin Ave East
Round Rock, TX 78664

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL No. 11-2249 (DWF/SER) |
| This Document Relates to All Actions | **ORDER** |

In preparation for the Pretrial Conference scheduled for December 15, 2011, the parties are directed to meet and confer and, no later than December 9, 2011, submit a joint proposed agenda for the Pretrial Conference. The Court will consider the parties' joint proposed agenda and amend or supplement that agenda as necessary.

**SO ORDERED.**

Dated: December 5, 2011

s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judge

**UNITED STATES DISTRICT COURT**
DISTRICT OF MINNESOTA
OFFICE OF THE CLERK
U.S. COURTHOUSE, SUITE 202
300 SOUTH FOURTH STREET
MINNEAPOLIS, MN 55415

OFFICIAL BUSINESS

X RTS

78701542

RECEIVED BY MAIL
DEC 20 2011
CLERK, US DISTRICT COURT
MINNEAPOLIS, MN

HASLER
014H15211962
12/05/2011
$0.640
Mailed From 56537
US POSTAGE

NIXIE   787   DE 1   02   12/16/11
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 55415132099   *0893-03522-16-40