IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL No. 11-2249 (DWF/SER) |
| This Document Relates to All Actions | **NOTICE OF APPEARANCE** |

**JOINT ENTRY OF APPEARANCE FOR
RUDOLPH A. TELSCHER, MATTHEW L. CUTLER AND KARA R. FUSSNER**

Comes now, Rudolph A. Telscher, Matthew L. Cutler and Kara R. Fussner of Harness, Dickey & Pierce, P.L.C. to hereby enter their appearance on behalf of Defendant C.R. England, Inc..

January 3, 2012

Respectfully submitted,

HARNESS, DICKEY & PIERCE, P.L.C.

_____
Rudolph A. Telscher, Jr.
Missouri State Bar No. 41072MO
HARNESS, DICKEY & PIERCE, P.L.C.
7700 Bonhomme, Suite 400
St. Louis, Missouri 63105
(314) 726-7500
FAX: (314) 726-7501

*[signature: Matthew Cutler]*

_____
Matthew L. Cutler
Missouri State Bar No. 46305MO
HARNESS, DICKEY & PIERCE, P.L.C.
7700 Bonhomme, Suite 400
St. Louis, Missouri  63105
(314) 726-7500
FAX:  (314) 726-7501


*[signature: Kara Fussner]*

_____
Kara R. Fussner
Missouri State Bar No. 54656MO
HARNESS, DICKEY & PIERCE, P.L.C.
7700 Bonhomme, Suite 400
St. Louis, Missouri  63105
(314) 726-7500
FAX:  (314) 726-7501


*Attorneys for Defendant C.R. England, Inc.*

60910250.1