UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL No. 11-2249 (DWF/SER) |
| This Document Relates to:<br><br>PJC Logistics, LLC,<br><br>    Plaintiff,<br><br>v.  Civil No. 11-2550 (DWF/SER)<br><br>The Coca-Cola Company; Comcar Industries, Inc.; Cypress Truck Lines, Inc.; Eagle Motor Lines, LLC; Jackson Trucking Company, Inc.; Quality Distribution, Inc.; Ryder System, Inc.; SAIA Motor Freight Line, LLC; Southern Cal Transport, Inc.; Trucks, Inc.; and United Parcel Service, Inc.,<br><br>    Defendants. | **ORDER** |

Brian R. Gilchrist, Esq., Allen, Dyer, Doppelt, Milbrath & Gilchrist, PA; Otis W. Carroll, Esq., and Wesley Hill, Esq., Ireland, Carroll & Kelley, P.C.; R. Mark Dietz, Esq., Dietz & Jarrard, PC; and Steven R. Daniels, Esq., Farney Daniels LLP, counsel for Plaintiff.

Dennis C. Bremer, Esq., Carlson, Caspers, Vandenburgh & Lindquist, counsel for Defendant The Coca-Cola Company and United Parcel Service, Inc.

Michael E. Florey, Esq., Fish & Richardson PC, counsel for Defendants Cypress Truck Lines, Inc.; Eagle Motor Lines, LLC; Quality Distribution, Inc.; and Southern Cal Transport, Inc.

William Eugene Bradley, Esq., Roylance, Abrams, Berdo & Goodman LLP, counsel for Defendant Ryder System, Inc.

Barry L. Haley, Esq., and James Gilbert Keys, III, Esq., Malin, Haley, DiMaggio, Bowen & Lhota, PA; and Daniel A. Crowe, Esq., and Nick E. Williamson, Esq., Bryan Cave, LLP, counsel for Defendant SAIA Motor Freight Line, LLC.

---

Defendant Cypress Truck Lines, Inc. ("Cypress") has filed an Unopposed Motion to Vacate Default Judgment requesting that the Court vacate the default judgment entered by the Clerk of Court on September 23, 2011 (Doc. No. [51]).  Plaintiff does not oppose this motion to vacate the default.  Based upon the file, record, and proceedings,

**IT IS HEREBY ORDERED** that the Unopposed Motion to Vacate Default Judgment Motion (Doc. No. [51]) is **GRANTED**.  The Clerk of Court shall vacate the default judgment entered on September 23, 2011 at Doc. No. [48].


Dated:  January 4, 2012         s/Donovan W. Frank
                                DONOVAN W. FRANK
                                United States District Judge