IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>FLEET MANAGEMENT SOLUTIONS, INC. *et. al.*<br><br>      Defendants | Civil Case No. 11-cv-2999-DWF-SER<br><br>**Jury Trial Demanded** |

## NOTICE OF ENTRY OF APPEARANCE AND SUBSTITUTION OF COUNSEL

**COME NOW** Steven G. Hill and Martha L. Decker of the law firm of Hill, Kertscher & Wharton, LLP and hereby enter their appearance as counsel of record on behalf of Defendant Teletrac, Inc. in the above-referenced case, in substitution of the undersigned William E. Bradley and Alfred N. Goodman.

Steven G. Hill and Martha L. Decker respectfully request that all future Orders, Pleadings and/or Correspondence be issued to counsel of record at the following address:

      Steven G. Hill, Esq.
      sgh@hkw-law.com
      Martha L. Decker, Esq.
      md@hkw-law.com

      HILL, KERTSCHER & WHARTON, LLP
      3350 Riverwood Parkway
      Suite 800
      Atlanta, Georgia  30339
      Telephone: (770) 953-0995
      Facsimile:  (770) 953-1358

This the 5th day of January, 2012.

                                          Respectfully submitted,

                                          s/Steven G. Hill
                                          Steven G. Hill
                                          Georgia Bar No. 7354658

                                          s/Martha L. Decker
                                          Martha L. Decker
                                          Georgia Bar No. 420867

                                          HILL, KERTSCHER & WHARTON, LLP
                                          3350 Riverwood Parkway
                                          Suite 800
                                          Atlanta, Georgia  30339
                                          Telephone: (770) 953-0995
                                          Facsimile:  (770) 953-1358
                                          *Substitute Counsel for Defendant Teletrac, Inc.*

                                          /s/ William E. Bradley
                                          William E. Bradley
                                          463695 DC
                                          Alfred N. Goodman
                                          5058 DC
                                          ROYLANCE, ABRAMS, BERDO & GOODMAN, LLP
                                          1300 19th Street, NW
                                          Suite 600
                                          Washington, DC 20036
                                          (202) 659-9076
                                          wbradley@roylance.com
                                          *Attorneys for Defendant Teletrac, Inc.*

**IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |
| PJC LOGISTICS, LLC,<br><br>            Plaintiff,<br><br>v.<br><br>FLEET MANAGEMENT SOLUTIONS, INC. *et. al.*<br><br>            Defendants | Civil Case No. 11-cv-2999-DWF-SER<br><br>**Jury Trial Demanded** |

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing motion with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

This the 5th day of January, 2012.

Respectfully submitted,

s/Steven G. Hill
Steven G. Hill
*Counsel for Defendant*

HILL, KERTSCHER & WHARTON, LLP
3350 Riverwood Parkway
Suite 800
Atlanta, Georgia  30339
Telephone: (770) 953-0995
Facsimile:  (770) 953-1358