# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ANDERSON TRUCKING SERVICE, INC. *et al.*<br><br>　　　　　Defendants. | Civil Case No. 0:11-cv-00675-DWF-SER<br><br><br>Jury Trial Demanded |

## ENTRY OF APPEARANCE

**COME NOW** Steven G. Hill and Martha L. Decker of the law firm of Hill, Kertscher & Wharton, LLP and hereby enter their appearance as counsel of record on behalf of Defendant Lakeville Motor Express, Inc. in the above-referenced case, in substitution of the undersigned William E. Bradley and Alfred N. Goodman.

Steven G. Hill and Martha L. Decker respectfully request that all future Orders, Pleadings and/or Correspondence be issued to counsel of record at the following address:

> Steven G. Hill, Esq.
> sgh@hkw-law.com
> Martha L. Decker, Esq.
> md@hkw-law.com
>
> HILL, KERTSCHER & WHARTON, LLP
> 3350 Riverwood Parkway
> Suite 800
> Atlanta, Georgia  30339
> Telephone: (770) 953-0995
> Facsimile:  (770) 953-1358

This the 5th day of January, 2012.

                                Respectfully submitted,

                                s/Steven G. Hill
                                Steven G. Hill
                                Georgia Bar No. 7354658

                                s/Martha L. Decker
                                Martha L. Decker
                                Georgia Bar No. 420867

                                HILL, KERTSCHER & WHARTON, LLP
                                3350 Riverwood Parkway
                                Suite 800
                                Atlanta, Georgia  30339
                                Telephone: (770) 953-0995
                                Facsimile:  (770) 953-1358
                                *Substitute Counsel for Defendant Teletrac, Inc.*


                                /s/ William E. Bradley
                                William E. Bradley
                                463695 DC
                                Alfred N. Goodman
                                5058 DC
                                ROYLANCE, ABRAMS, BERDO & GOODMAN, LLP
                                1300 19th Street, NW
                                Suite 600
                                Washington, DC 20036
                                (202) 659-9076
                                wbradley@roylance.com
                                *Attorneys for Defendant Teletrac, Inc.*

**IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |
| PJC LOGISTICS, LLC<br><br>　　　　Plaintiff,<br><br>v.<br><br>ANDERSON TRUCKING SERVICE, INC. *et al.*<br><br>　　　　Defendants. | Civil Case No. 0:11-cv-00675-DWF-SER<br><br>Jury Trial Demanded |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I have electronically filed the foregoing motion with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

This the 5th day of January, 2012.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　s/Steven G. Hill
　　　　　　　　　　　　　　　　　　　　Steven G. Hill
　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*

HILL, KERTSCHER & WHARTON, LLP
3350 Riverwood Parkway
Suite 800
Atlanta, Georgia  30339
Telephone: (770) 953-0995
Facsimile:  (770) 953-1358