**IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC<br><br>　　　　Plaintiff,<br><br>v.<br><br>A. DUIE PYLE, INC., *et. al.*<br><br>　　　　Defendants. | Civil Case No. 11-cv-2549 DWF-SER<br><br>**Jury Trial Demanded** |

## ENTRY OF APPEARANCE

**COME NOW** Steven G. Hill and Martha L. Decker of the law firm of Hill, Kertscher & Wharton, LLP and hereby enter their appearance as counsel of record on behalf of Defendant NFI Industries, Inc. in the above-referenced case, in substitution of the undersigned William E. Bradley and Alfred N. Goodman.

Steven G. Hill and Martha L. Decker respectfully request that all future Orders, Pleadings and/or Correspondence be issued to counsel of record at the following address:

> Steven G. Hill, Esq.
> sgh@hkw-law.com
> Martha L. Decker, Esq.
> md@hkw-law.com
>
> HILL, KERTSCHER & WHARTON, LLP
> 3350 Riverwood Parkway
> Suite 800
> Atlanta, Georgia  30339
> Telephone: (770) 953-0995
> Facsimile:  (770) 953-1358

This the 5th day of January, 2012.

        Respectfully submitted,

        s/Steven G. Hill
        Steven G. Hill
        Georgia Bar No. 7354658

        s/Martha L. Decker
        Martha L. Decker
        Georgia Bar No. 420867

HILL, KERTSCHER & WHARTON, LLP
3350 Riverwood Parkway
Suite 800
Atlanta, Georgia  30339
Telephone: (770) 953-0995
Facsimile:  (770) 953-1358

*Substitute Counsel for Defendant Teletrac, Inc.*

        /s/ William E. Bradley
        William E. Bradley
        463695 DC
        Alfred N. Goodman
        5058 DC

ROYLANCE, ABRAMS, BERDO & GOODMAN, LLP
1300 19th Street, NW
Suite 600
Washington, DC 20036
(202) 659-9076
wbradley@roylance.com

*Attorneys for Defendant Teletrac, Inc.*

# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |
| PJC LOGISTICS, LLC<br><br>  Plaintiff,<br><br>v.<br><br>  A. DUIE PYLE, INC., *et. al.*<br><br>  Defendants. | Civil Case No. 11-cv-2549 DWF-SER<br><br>**Jury Trial Demanded** |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing motion with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

This the 5th day of January, 2012.

Respectfully submitted,

s/Steven G. Hill
Steven G. Hill
*Counsel for Defendant*

HILL, KERTSCHER & WHARTON, LLP
3350 Riverwood Parkway
Suite 800
Atlanta, Georgia  30339
Telephone: (770) 953-0995
Facsimile:  (770) 953-1358