**IN UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |
| PJC LOGISTICS, LLC<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AAA COOPER TRANSPORTATION, INC., *et. al.*<br><br>　　　　　Defendants. | Civil Case No. 3:11-cv-2550-DWF-SER<br><br>**Jury Trial Demanded** |

**ENTRY OF APPEARANCE**

**COME NOW** Steven G. Hill and Martha L. Decker of the law firm of Hill, Kertscher & Wharton, LLP and hereby enter their appearance as counsels of record on behalf of Defendant Ryder System, Inc. in the above-referenced case, in substitution of the undersigned William E. Bradley and Alfred N. Goodman.

Steven G. Hill and Martha L. Decker respectfully request that all future Orders, Pleadings and/or Correspondence be issued to counsel of record at the following address:

> Steven G. Hill, Esq.
> sgh@hkw-law.com
> Martha L. Decker, Esq.
> md@hkw-law.com
>
> HILL, KERTSCHER & WHARTON, LLP
> 3350 Riverwood Parkway
> Suite 800
> Atlanta, Georgia  30339
> Telephone: (770) 953-0995
> Facsimile:  (770) 953-1358

This the 5th day of January, 2012.

          Respectfully submitted,

          s/Steven G. Hill
          Steven G. Hill
          Georgia Bar No. 7354658

          s/Martha L. Decker
          Martha L. Decker
          Georgia Bar No. 420867

          HILL, KERTSCHER & WHARTON, LLP
          3350 Riverwood Parkway
          Suite 800
          Atlanta, Georgia  30339
          Telephone: (770) 953-0995
          Facsimile:  (770) 953-1358
          *Substitute Counsel for Defendant Teletrac, Inc.*


          /s/ William E. Bradley
          William E. Bradley
          463695 DC
          Alfred N. Goodman
          5058 DC
          ROYLANCE, ABRAMS, BERDO & GOODMAN, LLP
          1300 19th Street, NW
          Suite 600
          Washington, DC 20036
          (202) 659-9076
          wbradley@roylance.com
          *Attorneys for Defendant Teletrac, Inc.*

# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC<br><br>        Plaintiff,<br><br>v.<br><br>AAA COOPER TRANSPORTATION, INC., *et. al.*<br><br>        Defendants. | Civil Case No. 3:11-cv-2550-DWF-SER<br><br>**Jury Trial Demanded** |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing motion with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

This the 5th day of January, 2012.

                                              Respectfully submitted,

                                              s/Steven G. Hill
                                              Steven G. Hill
                                              *Counsel for Defendant*

HILL, KERTSCHER & WHARTON, LLP
3350 Riverwood Parkway
Suite 800
Atlanta, Georgia  30339
Telephone: (770) 953-0995
Facsimile:  (770) 953-1358