IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: VEHICLE TRACKING AND SECURITY SYSTEM (`844) PATENT LITIGATION <br><br> This Document Relates to All Actions | MDL No. 11-2249 (DWF/SER) <br><br> **NOTICE OF APPEARANCE** |

Comes now, Michael A. Lindsay of DORSEY & WHITNEY LLP to hereby enter his appearance on behalf of Defendant C.R. England, Inc.

January 11, 2012

Respectfully submitted,

DORSEY & WHITNEY LLP

By   s/ Michael A. Lindsay
       Michael A. Lindsay
       MN Atty No. 0163466
       lindsay.michael@dorsey.com
Suite 1500, 50 South Sixth Street
Minneapolis, MN  55402-1498
(612) 340-7819
FAX:  (612) 340-2868