IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: VEHICLE TRACKING AND SECURITY SYSTEM (`844) PATENT LITIGATION | MDL No. 11-2249 (DWF/SER) |
| This Document Relates to All Actions | **NOTICE OF APPEARANCE** |

  Comes now, James K. Nichols of DORSEY & WHITNEY LLP to hereby enter his appearance on behalf of Defendant C.R. England, Inc.

January 11, 2012        Respectfully submitted,

              DORSEY & WHITNEY LLP

              By <u>s/ James K. Nichols</u>
                 James K. Nichols
                 MN Atty No. 0388096
                 nichols.james@dorsey.com
              Suite 1500, 50 South Sixth Street
              Minneapolis, MN  55402-1498
              (612) 340-7819
              FAX:  (612) 340-2868