# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL No. 11-2249 (DWF/SER) |
| This Document Relates to:<br><br>PJC Logistics, LLC,<br><br>          Plaintiff,<br><br>v.    Civil No. 11-3000 (DWF/SER)<br><br>Advantech Corporation; AssetWorks Inc.; Brick House Electronics LLC, d/b/a Brick House Security; Chapman Command Center, Inc. d/b/a C3 Location Systems; Digital Communications Technologies LLC; Enfora Inc.; Feeney Wireless LLC; GenX Mobile Inc.; Global Resource Group Inc.; GSS Corporation d/b/a Spectrum GPS Tracking; Radio Satellite Integrators Inc.; Motorola Solutions Inc.; WebTech Wireless USA Inc.; and Motorola Solutions Inc.,<br><br>          Defendants. | **ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' Stipulation of Dismissal of WebTech Wireless USA, Inc. With Prejudice (Civil No. 11-3000 (DWF/SER), Doc. No. [65]),

**IT IS HEREBY ORDERED** that all claims and counterclaims against Defendant WebTech Wireless USA, Inc., in the above-captioned action are **DISMISSED WITH**

**PREJUDICE** by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal

Rules of Civil Procedure, with each party bearing its own costs.

Dated:  January 18, 2012          <u>s/Donovan W. Frank</u>
                                  DONOVAN W. FRANK
                                  United States District Judge