## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL No. 11-2249 (DWF/SER) |
| This Document Relates to:<br><br>Qualcomm Incorporated,<br><br>Plaintiff,<br><br>v.   Civil No. 11-865 (DWF/SER)<br><br>PJC Logistics, LLC,<br><br>Defendant. | **ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' Stipulation of Dismissal With Prejudice (Civil No. 11-865 (DWF/SER), Doc. No. [15]),

**IT IS HEREBY ORDERED** that all claims and counterclaims in the above-captioned action are **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party bearing its own costs.

Dated:  January 18, 2012          s/Donovan W. Frank
                                  DONOVAN W. FRANK
                                  United States District Judge