# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL No. 11-2249 (DWF/SER) |
| This Document Relates to:<br><br>PJC Logistics, LLC,<br><br>        Plaintiff,<br><br>v.    Civil No. 11-2555 (DWF/SER)<br><br>ABF Freight Systems Inc.; Alan Ritchey Inc.; Baldwin Distribution Services Ltd.; FFE Transportation Services Inc.; Greatwide Distribution Logistics LLC; HEB, Inc.; James Helwig & Son LP; J.S. Helwig & Son LLC; Lone Star Transportation LLC; Melton Truck Lines Inc.; Pan American Express Inc.; Parkway Transport Inc.; Royal Freight LP; Skinner Transportation Inc.; Stan Koch & Sons Trucking Inc.; Stevens Transport Inc.; Texas Star Express Corp.; Trucks For You Inc.; Western Flyer Express Inc.; and Dedicated Logistics LLC,<br><br>        Defendants. | **ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' Stipulation of Dismissal of Stan Koch & Sons Trucking, Inc. and Royal Freight, L.P. With Prejudice (Civil No. 11-2555 (DWF/SER), Doc. Nos. [60] and [62]),

**IT IS HEREBY ORDERED** that all claims and counterclaims in the above-captioned action against Defendants Stan Koch & Sons Trucking, Inc. and Royal Freight, L.P., are **DISMISSED WITH PREJUDICE** by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party bearing its own costs.

Dated:  January 19, 2012                    s/Donovan W. Frank
                                                              DONOVAN W. FRANK
                                                              United States District Judge