UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re:  VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL No. 11-2249 (DWF/SER) |
| This Document Relates to All Actions | **NOTICE REGARDING FEBRUARY 1, 2012 PRETRIAL HEARING** |

The Court will hold the second Pretrial Conference in this matter on Wednesday, February 1, 2012, at 9 a.m. CST, Courtroom 7C, St. Paul, Minnesota.  Defendants who are not able to travel to St. Paul for the hearing may request to participate via telephone by contacting Brenda Schaffer, Calendar Clerk to the Honorable Donovan W. Frank, at 651-848-1296 or Brenda_Schaffer@mnd.uscourts.gov.

Dated: January 26, 2012                    s/Brenda Schaffer
                                           BRENDA SCHAFFER
                                           Calendar Clerk to
                                           Honorable Donovan W. Frank