**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION<br><br>This Document Relates to All Actions | MDL No. 11-2249 (DWF/SER)<br><br>**PROPOSED AGENDA** |

**AGENDA**

Plaintiff and Defendants have agreed upon the following agenda items for the February 1, 2012 Status Conference:

1. <u>Consolidating Suits Against Auto Manufacturers with the MDL</u>

   a. PJC does not object to the recent transfer of its actions against the auto manufacturers into this MDL. However, PJC likely will propose a somewhat different discovery schedule for its actions against the auto manufacturers.

2. <u>Pre-trial schedule, discovery and sequence of claim construction</u>

   a. Proposed Form 4 (Rule 26 Report) (the parties have different proposed schedules and have not yet combined them into a single document for the court, but they will be prepared to discuss their different schedules at the Status Conference)

   b. Date to File Rule 26(f) Report

   c. Preliminary motions (Defendants)

      i. Motion to Stay "Customer" or Trucking Company Actions

      ii. 12(b)(6) Motion to Dismiss (Coca-Cola and UPS – off calendar)

   d. Stipulated Protective Order (Joint)

3. <u>Uniform positions on validity and claim construction, the number of sets of discovery requests, and the number of depositions per witness</u>

    a. Plaintiff's Proposal

        i) One uniform position on major issues (validity, claim construction)

        ii) One set of discovery requests

        iii) One deposition of a witness

    b. Defendants' Proposal

        i) Each Defendant has the right to advocate its own legal position on validity and claim construction.

        ii) Each Defendant needs individual discovery requests for issues particular to that Defendant.

        iii) Each Defendant needs the ability to depose witnesses for facts, contentions, and defenses unique to that Defendant.

        iv) Defendants' also wish to discuss time limits for the depositions.

    c. Plaintiff's Proposal for Auto Manufacturers Discovery

        i) One uniform position on major issues (validity, claim construction)

        ii) One set of discovery requests

        iii) One deposition of a witness

4. <u>Plaintiff's January 2012 Summary Letters and January 30, 2012 supplemental Letters</u>

5. <u>Status of Court's Inquiry re Sealed Records of *Mansell et al. v. Ratheon et al.* on the patent-in-suit in the Northern District of Texas</u>

6. <u>Scheduling of next status conference</u>