UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL No. 11-2249 (DWF/SER) |
| This Document Relates to:<br><br>PJC Logistics, LLC,<br><br>          Plaintiff,<br><br>v.      Civil No. 12-234 (DWF/SER)<br><br>General Motors LLC, General Motors Company, and OnStar, LLC,<br><br>          Defendants. | **ORDER** |

The Plaintiff, PJC Logistics, LLC ("PJC"), the Defendants, General Motors Company, General Motors, LLC, and OnStar, LLC (collectively "OnStar") and their respective counsel both in MDL 11-2249 (DWF/SER) and Civil No. 12-234 (DWF/SER) having stipulated (MDL 11-2249 (DWF/SER), Doc. No. [41]; Civil No. 12-234 (DWF/SER), Doc. No. [24]) and agreed,

**IT IS HEREBY ORDERED** as follows:

1. In all matters that pertain to OnStar, PJC will be represented by counsel (hereinafter referred to as the "PJC-OnStar counsel") other than Farney Daniels, LLP.

2. Farney Daniels, LLP, cannot communicate to PJC-OnStar counsel any information relating to OnStar. PJC-OnStar counsel will agree to also confirm in writing that it will not receive any OnStar information from Farney Daniels, LLP.

3. Farney Daniels, LLP, cannot take testimony from or attend any depositions of any former or current OnStar employees.

4. Farney Daniels agrees it will not communicate anything about OnStar to, or receive any communications from, any expert witness retained by PJC in connection with the OnStar matter.

5. PJC-OnStar counsel will prepare and serve all discovery requests on OnStar without assistance from Farney Daniels, LLP, except that such counsel may, if it wishes, review discovery requests prepared by Farney Daniels, LLP, and served upon other parties.

6. Farney Daniels, LLP, will not be allowed to discuss OnStar with any witnesses.

7. The stipulation filed by the parties does not constitute a waiver of any right of OnStar arising out of its former representation by attorneys now employed at Farney Daniels, LLP, nor does it constitute a release from any waiver which PJC alleges OnStar may have already provided.

8. OnStar reserves the right to seek severance from the MDL if it does not think the safeguards are protecting its interests, and PJC has agreed not to oppose any such request.

**SO ORDERED.**

Dated:  February 21, 2012            s/Donovan W. Frank
                                     DONOVAN W. FRANK
                                     United States District Judge