## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL No. 11-2249 (DWF/SER) |
| This Document Relates to:<br><br>PJC Logistics, LLC,<br><br>Plaintiff,<br><br>v.        Civil No. 11-2549 (DWF/SER)<br><br>Eastern Freight Ways Inc.; FedEx Ground Package System, Inc.; Great American Lines Inc.; New Century Transportation LLC; New Penn Motor Express Inc.; NFI Industries Inc.; Praxair Inc.; and Ward Trucking LLC,<br><br>Defendants. | **ORDER FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT NEW PENN MOTOR EXPRESS INC. ONLY** |

Pursuant to the parties' Stipulation of Dismissal of New Penn Motor Express Inc. Without Prejudice (Civil No. 11-2549 (DWF/SER), Doc. No. [75]),

**IT IS HEREBY ORDERED** that all claims against Defendant New Penn Motor Express, Inc., in the above-captioned action are **DISMISSED WITHOUT PREJUDICE** by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party bearing its own costs.

Dated: February 29, 2012              s/Donovan W. Frank
                                       DONOVAN W. FRANK
                                       United States District Judge