## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL No. 11-2249 (DWF/SER) |
| This Document Relates to:<br><br>PJC Logistics, LLC,<br><br>         Plaintiff,<br><br>v.     Civil No. 11-2553 (DWF/SER)<br><br>Doug Andrus Distributing LLC; MTS Freight; and Reddaway Inc.,<br><br>         Defendants. | **ORDER FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT REDDAWAY INC. ONLY** |

Pursuant to the parties' Stipulation of Dismissal of Reddaway Inc. Without Prejudice (Civil No. 11-2553 (DWF/SER), Doc. No. [63]),

**IT IS HEREBY ORDERED** that all claims against Defendant Reddaway Inc., in the above-captioned action are **DISMISSED WITHOUT PREJUDICE** by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party bearing its own costs.

Dated: February 29, 2012       s/Donovan W. Frank
                              DONOVAN W. FRANK
                              United States District Judge