## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL No. 11-2249 (DWF/SER) |
| This Document Relates to:<br><br>PJC Logistics, LLC,<br><br>Plaintiff,<br><br>v.    Civil No. 11-2551 (DWF/SER)<br><br>Allied Van Lines, Inc.; Central Transport North America, Inc.; Equity Transportation Company, Inc.; Gully Transportation, Inc.; JBS Logistics, Inc.; North American Van Lines, Inc.; Ormsby Trucking, Inc.; and USF Holland, Inc.,<br><br>Defendants. | **ORDER FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT USF HOLLAND, INC. ONLY** |

Pursuant to the parties' Stipulation of Dismissal of USF Holland, Inc. Without Prejudice (Civil No. 11-2551 (DWF/SER), Doc. No. [132]),

**IT IS HEREBY ORDERED** that all claims against Defendant USF Holland, Inc., in the above-captioned action are **DISMISSED WITHOUT PREJUDICE** by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party bearing its own costs.

Dated: February 29, 2012      s/Donovan W. Frank
                              DONOVAN W. FRANK
                              United States District Judge