UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL No. 11-2249 (DWF/SER) |
| This Document Relates to All Actions | NOTICE REGARDING MARCH 22, 2012 PRETRIAL HEARING |

The Court will hold the third Pretrial Conference in this matter on Thursday, March 22, 2012, at 9 a.m. CST. The Court will first meet with all represented parties at 9:00 a.m. in chambers and conduct any on-the-record discussion in the courtroom at 10:00 a.m. Counsel for Defendants who are not able to travel to St. Paul for the hearing may request to participate via telephone in the 10:00 a.m. courtroom portion of the hearing by contacting Brenda Schaffer, Calendar Clerk to the Honorable Donovan W. Frank, at 651-848-1296 or [Brenda_Schaffer@mnd.uscourts.gov](mailto:Brenda_Schaffer@mnd.uscourts.gov).

Dated: March 15, 2012

s/Brenda Schaffer
BRENDA SCHAFFER
Calendar Clerk to
Honorable Donovan W. Frank