# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL No. 11-2249 (DWF/SER) |
| This Document Relates to: | |
| PJC Logistics, LLC, | Judge Donovan W. Frank<br>Magistrate Judge Steven E. Rau |
| Plaintiff, | |
| v. | CASE NO. 12-CV-232 DWF/SER |
| ATX Group, Inc., (n/k/a Agero Connected Services, Inc.) | |
| Defendant. | |

## NOTICE OF APPEARANCE

Comes now Lora M. Friedemann of FREDRIKSON AND BYRON, P.A. to hereby enter her appearance on behalf of ATX Group, Inc. (n/k/a Agero Connected Services, Inc.).

Dated:  March 15, 2012 Respectfully submitted,

By:    s/ Lora M. Friedemann
Lora M. Friedemann (#259615)
Darren Schwiebert (#0260642)
Laura L. Myers (#387116)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, Minnesota 55402-1425
Telephone:  (612) 492-7000
Facsimile:  (612) 492-7077
lfriedemann@fredlaw.com
dschwiebert@fredlaw.com
lmyers@fredlaw.com

Craig D. Leavell (*pro hac vice*) (IL 6,256,260)
Alicia L. Shah (*nee* Frostick) (*pro hac vice*)
   (IL 6,288,158)
Eugene Goryunov (*pro hac vice*) (IL 6,296,605)
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2105
Telephone: (312) 862-7316
Telephone: (312) 862-7059
Facsimile: (312) 862-2200
Craig.Leavell@kirkland.com
Alicia.Shah@kirkland.com
Eugene.Goryunov@kirkland.com

*Attorney for Agero Connected Services, Inc.*

5088575_1.DOC