# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL No. 11-2249 (DWF/SER) |
| This Document Relates to:<br><br>PJC Logistics, LLC,<br><br>Plaintiff,<br><br>v.   Civil No. 11-2999 (DWF/SER)<br><br>Fleet Management Solutions Inc.; Fleetmatics USA Inc.; Fleetronix International LLC; GE Capital Fleet Services; GPS Insight LLC; GPS Logic LLC; GPS Technologies of North America Inc.; IndusTrack LLC; Navtrak Inc.; NetworkFleet Inc.; Peoplenet Communications Corporation; Procon Fleet Services LLC; Qualcomm Inc.; SageQuest I LLC; TeleTrac Inc.; Telogis Inc.; Wireless Matrix USA Inc.; and Xata Corporation,<br><br>Defendants. | **ORDER FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT GPS LOGIC LLC ONLY** |

Based upon the Notice of Dismissal of GPS Logic, LLC Without Prejudice (Civil No. 11-2999 (DWF/SER), Doc. No. [91][1]),

---

[1] Counsel for Plaintiff filed the Notice of Dismissal of GPS Logic, LLC Without Prejudice in the individual case (Civil No. 11-2999 (DWF/SER), Doc. No. 91). The notice should also have been filed in the master case, MDL 11-2249 (DWF/SER).

**IT IS HEREBY ORDERED** that all claims against Defendant GPS Logic LLC are **DISMISSED WITHOUT PREJUDICE** and without costs or disbursements to any party.

Dated:  March 19, 2012               s/Donovan W. Frank
                                     DONOVAN W. FRANK
                                     United States District Judge