# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL No. 11-2249 (DWF/SER) |
| This Document Relates to:<br><br>PJC Logistics, LLC,<br><br>   Plaintiff,<br><br>v.   Civil No. 11-3000 (DWF/SER)<br><br>Advantech Corporation; AssetWorks Inc.; Brick House Electronics LLC d/b/a Brick House Security; Chapman Command Center, Inc. d/b/a C3 Location Systems; Digital Communications Technologies LLC; Enfora Inc.; Feeney Wireless LLC; GenX Mobile Inc.; Global Resource Group Inc.; GSS Corporation d/b/a Spectrum GPS Tracking; Radio Satellite Integrators Inc.; Motorola Solutions Inc. and WebTech Wireless USA Inc.,<br><br>   Defendants. | **ORDER FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT GLOBAL RESOURCE GROUP, INC., ONLY** |

Based upon the Notice of Dismissal of Global Resource Group, Inc. Without

Prejudice (Civil No. 11-3000 (DWF/SER), Doc. No. [82][1]),

---

[1] Counsel for Plaintiff filed the Notice of Dismissal of Global Resource Group, INc. Without Prejudice in the individual case (Civil No. 11-3000 (DWF/SER), Doc. No. 82). The notice should also have been filed in the master case, MDL 11-2249 (DWF/SER).

**IT IS HEREBY ORDERED** that all claims against Defendant Global Resource Group, Inc., are **DISMISSED WITHOUT PREJUDICE** and without costs or disbursements to any party.

Dated:  March 19, 2012                    s/Donovan W. Frank
                                          DONOVAN W. FRANK
                                          United States District Judge