**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION<br><br>_____<br><br>This Document Relates to All Actions<br><br>_____ | MDL No. 11-2249 (DWF/SER)<br><br>**PROPOSED AGENDA** |

**AGENDA**

Plaintiff and Defendants have discussed the proposed agenda for the March 22, 2012 status conference. Defendants would like to discuss the following subjects:

1. Sufficiency of Plaintiff's infringement contention claim charts.

2. New suits brought by Plaintiff in Delaware.

3. Adoption of proposed case schedule and effect of claim charts/new suits on case schedule.

4. Motion to stay customer suits in favor of manufacturer suits.

5. Status of obtaining sealed records in the N.D. Texas Raytheon litigation.