UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL No. 11-2249 (DWF/SER) |
| This Document Relates to:<br><br>PJC Logistics, LLC,<br><br>        Plaintiff,<br><br>v.    Civil No. 11-2552 (DWF/SER)<br><br>Act Transportation, L.L.C.; American Freightways, LP; Andrus Transportation Services, Inc.; C.R. England, Inc.; Central Refrigerated Service, Inc.; D.P. Curtis Trucking, Inc.; DATS Trucking, Inc.; Design Logistics, LLC; Gardner Trucking LLC; Hendrickson Trucking, Inc.; High Country Transportation Group, LLC; Kelle's Transport Services, Inc.; Knight Transportation, Inc.; L.W. Miller Companies, Inc.; Manuela Huerta Trucking, Inc.; Navajo Express, Inc.; North Park Transportation Co.; RSC Equipment Rental, Inc.; RSC Holdings, Inc.; Silica Transport, Inc. (STI); Swift Transportation Co., LLC; Transportation Commodities, Inc.; and Knight Refrigerated LLC,<br><br>        Defendants. | **ORDER ON PLAINTIFF PJC LOGISTICS, LLC'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT HENDRICKSON TRUCKING, INC.** |

Based upon the Motion for Default Judgment Against Defendant Hendrickson Trucking, Inc.,

**IT IS HEREBY ORDERED** that Plaintiff PJC Logistics, LLC's Motion for Default Judgment Against Defendant Hendrickson Trucking, Inc. (MDL No. 11-2249 (DWF/SER), Doc. No. [259]; Civil No. 11-2552 (DWF/SER), Doc. No. [99]) is **GRANTED;**

**IT IS FURTHER ORDERED** that Defendant Hendrickson Trucking, Inc., has defaulted in the above styled and captioned cause of action;

**IT IS FURTHER ORDERED** that Defendant Hendrickson Trucking, Inc.'s liability for its infringement in this case totals a sum of $37,700;

**IT IS FURTHER ORDERED** that, because Defendant Hendrickson Trucking, Inc.'s infringement is deemed to be willful, the Court will order Defendant Hendrickson Trucking, Inc. to pay an additional $10,000 in enhanced damages;

**IT IS FURTHER ORDERED** that Defendant Hendrickson Trucking, Inc., pay Plaintiff its costs in the amount of $976 in bringing this action against Defendant Hendrickson Trucking, Inc.;

**IT IS FURTHER ORDERED** that Defendant Hendrickson Trucking, Inc. pay Plaintiff its attorney fees in the amount of $10,531.50 in bringing this action against Hendrickson Trucking, Inc.; and

**IT IS FURTHER ORDERED** that Defendant Hendrickson Trucking, Inc., pay Plaintiff pre-judgment and post-judgment interest at a rate of 3.25% as calculated by this Court.

Dated:  June 21, 2013                     s/Donovan W. Frank
                                          DONOVAN W. FRANK
                                          United States District Judge