# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re:  VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL Case No. 11-2249 (DWF/SER) |
| This Document Relates to All Actions | **ORDER FOR DISMISSAL WITH PREJUDICE** |

The Court has been advised that this action has been settled, and therefore

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and on the merits, without costs or disbursements to any party, with the Court maintaining jurisdiction for 60 days to permit any part to submit a stipulated form of final judgment or to move to reopen the action for good cause.

Dated:  June 28, 2013                         s/Donovan W. Frank
                                              DONOVAN W. FRANK
                                              United States District Judge